UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEOPLE OF THE STATE OF FLORIDA,<br><br>-against-<br><br>JATHIYAH SABURAH VALENTINE,<br><br>Defendant. | 26-CV-8859<br><br>ORDER |

JEANNETTE A. VARGAS, United States District Judge:

Defendant Jathiyah Saburah Valentine, who is appearing *pro se*, filed a notice of removal to remove her criminal case pending in the Circuit Court in Seminole County, Florida, Docket Number 2025CF001005A. *See* ECF No. 1. For the reasons set forth below, the action is remanded to the Circuit Court, Seminole County, Florida.

**STANDARD OF REVIEW**

To remove a state-court criminal action to a federal district court:

> [a] defendant . . . shall file in the district court of the United States for the district and division within which such prosecution is pending a notice of removal signed pursuant to Rule 11 of the Federal Rules of Civil Procedure and containing a short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action.

28 U.S.C. § 1455(a).

"A defendant seeking to remove a state criminal action to federal court carries the burden of establishing removal jurisdiction." *New York v. Harris*, No. 26-CV-0367 (OEM) (AYS), 2026 WL 494021, at *2 (E.D.N.Y. Feb. 23, 2026). Removal statutes are construed narrowly. *Id.* If it appears on the face of a notice of removal that removal of a criminal case is impermissible, the district court must summarily remand the action to state court. 28 U.S.C. § 1455(b)(4).

**BACKGROUND**
**DISCUSSION**

This notice of removal is improper. The Defendant did not file her notice of removal in the District where her prosecution is pending, but instead filed in the Southern District of New York. Defendant also has not filed any of the process, pleadings or orders served upon her in such action.

For these reasons, the Court concludes that removal to this Court is procedurally improper, and the action is remanded to state court. *See* 28 U.S.C. § 1455(b)(4).

**CONCLUSION**

The Clerk of Court is directed to mail a copy of this order to Defendant and note service on the docket.

Because removal of this action is improper, it is remanded under 28 U.S.C. § 1455(b)(4) to the Circuit Court in Seminole County, Florida. The Clerk of Court is directed to send a copy of this order to that court and to close this action. All pending matters are terminated.

SO ORDERED.

Dated: October 9, 2026
New York, New York

Jeannette Vargas

JEANNETTE A. VARGAS
United States District Judge